# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**FREDERICK BERNARD MOORE**                                              **PLAINTIFF**

**V.**                          **NO. 3:21-cv-177-DPM-ERE**

**STEVE FRANKS,** *et al.*                                              **DEFENDANTS**

## ORDER

Plaintiff Frederick Bernard Moore, an Arkansas Division of Correction inmate formerly housed at the Greene County Detention Facility (Detention Facility), filed this civil rights lawsuit without the help of a lawyer under 42 U.S.C. § 1983. *Doc. 2.* Mr. Moore is proceeding *in forma pauperis*.

In his complaint, Mr. Moore alleges that: (1) Defendants Steve Franks, Brent Cox, J. Trowbridge, K. Jhonson, T. Huggins, T. Glenn, and Anthony Carter were deliberately indifferent to his serious medical needs while he was incarcerated at the Detention Facility from September 2019 until March 2020; and (2) Defendant Gibson violated his due process rights on October 17, 2019. For screening purposes, Mr. Moore has stated a deliberate-indifference claim against Defendants Franks, Cox, Trowbridge, Jhonson, Huggins, Glenn, and Carter. Accordingly, service of those claims is now proper. The Court will address Mr. Moore's procedural due process claim against Defendant Gibson in a separate Recommendation.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk of Court is directed to prepare summonses for Defendants Franks, Cox, Trowbridge, Jhonson, Huggins, Glenn, and Carter.

2.      The United States Marshal is directed to serve each of these Defendants with a summons, the complaint, and a copy of this Order without prepayment of fees and costs, or security. Service for Defendants Franks and Cox should be attempted through the Greene County Detention Facility, 1809 North Rocking Chair Road, Paragould, Arkansas 72450. Service for Defendants Trowbridge, Jhonson, Huggins, Glenn, and Carter should be attempted through counsel for Turn Key Health Clinics, LLC, Alexandra G. Ah Loy, 19 NE 50th Street, Oklahoma City, OK 73105.

DATED this 31st day of August, 2021.


_____
UNITED STATES MAGISTRATE JUDGE