IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FREDERICK BERNARD MOORE                      PLAINTIFF

v.               No. 3:21-cv-177-DPM-ERE

STEVE FRANKS, Sheriff, Greene County
Detention Facility; BRENT COX,
Administrator, Greene County Detention
Facility; J TROWBRIDGE, Nurse, Greene
County Detention Facility; K JHONSON,
Nurse, Greene County Detention Facility;
T HUGGINS, LPN, Greene County
Detention Facility; T GLENN, Nurse,
Greene County Correction Facility; W
GIBSON, Sergeant, Greene County
Detention Facility; and ANTHONY
CARTER, Provider, Greene County
Detention Facility                                           DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Ervin's unopposed partial recommendation, *Doc. 5*. FED. R. CIV. P. 72(b) (1983 addition to the advisory committee notes). Moore's procedural due process claim against Gibson is dismissed without prejudice. His deliberate indifference claims against Franks, Cox, Trowbridge, Jhonson, Huggins, Glenn, and Carter go forward.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

24 September 2021