Case 3:21-cv-00177-DPM   Document 16   Filed 11/17/21   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FREDERICK BERNARD MOORE                                PLAINTIFF

v.                         No: 3:21-cv-177-DPM

STEVE FRANKS, Sheriff, Greene County
Detention Facility; BRENT COX,
Administrator, Greene County Detention
Facility; J. TROWBRIDGE, Nurse, Greene
County Detention Facility; K. JHONSON,
Nurse, Greene County Detention Facility;
T. HUGGINS, LPN, Greene County
Detention Facility; T. GLENN, Nurse,
Greene County Detention Facility;
W. GIBSON, Sergeant, Greene County
Detention Facility; and ANTHONY
CARTER, Provider, Greene County
Detention Facility                                     DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Moore hasn't updated his address with the Clerk; his mail is still being returned undelivered. *Doc. 8 & 9*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 November 2021