IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FREDERICK BERNARD MOORE                                      PLAINTIFF

v.                          No: 3:21-cv-177-DPM

STEVE FRANKS, Sheriff, Greene County
Detention Facility; BRENT COX,
Administrator, Greene County Detention
Facility; J. TROWBRIDGE, Nurse, Greene
County Detention Facility; K. JHONSON,
Nurse, Greene County Detention Facility;
T. HUGGINS, LPN, Greene County
Detention Facility; T. GLENN, Nurse,
Greene County Detention Facility;
W. GIBSON, Sergeant, Greene County
Detention Facility; and ANTHONY
CARTER, Provider, Greene County
Detention Facility                                          DEFENDANTS

## JUDGMENT

Moore's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 November 2021