IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**FREDERICK BERNARD MOORE**                                              **PLAINTIFF**

V.                          NO. 3:21-cv-177-DPM-ERE

**STEVE FRANKS,** *et al.*                                                    **DEFENDANTS**

## ORDER

The Clerk is directed to redraw the Magistrate Judge assignment in this case by random chip exchange because attorney Jamie Marie Huffman Jones, an attorney for one of the defendants, is on the undersigned's recusal list.

DATED this 7th day of April, 2022.

_____
UNITED STATES MAGISTRATE JUDGE