IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FREDERICK BERNARD MOORE                                    PLAINTIFF

v.                          No: 3:21-cv-177-DPM

STEVE FRANKS, Sheriff, Greene County
Detention Facility;  BRENT COX,
Administrator, Greene County Detention
Facility;  JAMI TROWBRIDGE, Nurse,
Greene County Detention Facility;
KIM JOHNSON, Nurse, Greene County
Detention Facility;  TERRIN HUGGINS,
LPN, Greene County Detention Facility;
TAMMY GLENN, Nurse, Greene County
Detention Facility;  and ANTHONY
CARTER, Provider, Greene County
Detention Facility                                        DEFENDANTS

## ORDER

Unopposed recommendation, *Doc. 54*, adopted.  Fed. R. Civ. P.
72(b) (1983 addition to advisory committee notes).  Motions for
summary judgment, *Doc. 46 & 49*, granted.  Moore's claims against
Franks, Cox, Trowbridge, Johnson, Huggins, Glenn, and Carter will be
dismissed with prejudice.  Any *in forma pauperis* appeal would not be
taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_DPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

_2 May 2023_