# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**FREDERICK BERNARD MOORE**            **PLAINTIFF**

v.           No: 3:21-cv-177-DPM

**STEVE FRANKS**, Sheriff, Greene County
Detention Facility; **BRENT COX**,
Administrator, Greene County Detention
Facility; **JAMI TROWBRIDGE**, Nurse,
Greene County Detention Facility;
**KIM JOHNSON**, Nurse, Greene County
Detention Facility; **TERRIN HUGGINS**,
LPN, Greene County Detention Facility;
**TAMMY GLENN**, Nurse, Greene County
Detention Facility; **W. GIBSON**, Sgt.,
Greene County Detention Facility; and
**ANTHONY CARTER**, Provider, Greene
County Detention Facility            **DEFENDANTS**

## JUDGMENT

Moore's claim against Gibson is dismissed without prejudice. His remaining claims are dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 May 2023